## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **PATTI DENG-WONG,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:17-cv-00190** |
| | § | |
| **SAFECO INSURANCE COMPANY** | § | |
| **OF INDIANA,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Patti Deng-Wong and Defendant Safeco Insurance Company of Indiana (collectively, the "Parties") file this *Joint Motion to Dismiss with Prejudice* and respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted by Plaintiff Patti Deng-Wong against Defendant Safeco Insurance Company of Indiana in this matter, be dismissed in its entirety with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Patti Deng-Wong and Defendant Safeco Insurance Company of Indiana respectfully request that the above-styled and numbered cause, including all claims that have been and/or could have been asserted by Plaintiff Patti Deng-Wong against Defendant Safeco Insurance Company of Indiana, be dismissed in its entirety with prejudice to the re-filing of same with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

_____
Richard D. Daly
TBA No. 00796429
DALY & BLACK P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405 (Telephone)
(713) 655-1587 (Facsimile)
rdaly@dalyblack.com
ecfs@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**
**PATTI DENG-WONG**

*/s/ Jackson P. Mabry*
_____
MARK D. TILLMAN
State Bar No. 00794742
COLIN R. BATCHELOR
State Bar No 24043545
JACKSON P. MABRY
State Bar No. 24078894

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
colin.batchelor@tb-llp.com
jackson.mabry@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**SAFECO INSURANCE COMPANY OF**
**INDIANA**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record via electronic means and/or facsimile on August <u>14</u>, 2017, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

## <u>ATTORNEYS FOR PLAINTIFF</u>

Richard D. Daly
DALY & BLACK
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405 (Telephone)
(713) 655-1587 (Facsimile)
rdaly@dalyblack.com
ecfs@dalyblack.com

*/s/ Jackson P. Mabry*
JACKSON P. MABRY