# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PATTI DENG-WONG | § | |
| | § | Civil Action No.  4:17-CV-190 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| SAFECO INSURANCE COMPAY OF | § | |
| INDIANA | § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Motion to Dismiss with Prejudice (Dkt. #22) jointly filed in this cause by Plaintiff Patti Deng-Wong ("Plaintiff") and Defendant Safeco Insurance Company of Indiana ("Defendant") (collectively, the "Parties").  After considering the Joint Motion to Dismiss with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice.  Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 14th day of September, 2017.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE